UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
CARL GLASSMAN,

        Plaintiff,

    - against -

CHARTER COMMUNICATIONS, LLC,

        Defendant.
--------------------------------------X

**O R D E R**

19 Civ. 9286 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Defendant is granted leave to file its proposed motion to dismiss.  Defendant shall file its motion to dismiss on or before August 12, 2020; plaintiff shall file his opposition to defendant's motion to dismiss on or before September 11, 2020; and defendant shall file its reply on or before September 25, 2020.

    **SO ORDERED.**

Dated:   New York, New York
        July 13, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE