```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARL GLASSMAN,

                Plaintiff,

     - against -                          O R D E R

SPECTRUM NLP, LLC,                        19 Civ. 9286 (NRB)

                Defendant.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on August 12, 2020, Charter Communications, LLC ("Former Defendant") moved to dismiss the case (ECF No. 16);

**WHEREAS** on September 2, 2020, Carl Glassman ("plaintiff") filed an amended complaint (ECF No. 18), replacing Former Defendant with Spectrum NLP, LLC ("defendant"), thereby terminating Former Defendant;

**WHEREAS** on September 9, 2020, defendant executed a waiver of service, thereby establishing a new response date of November 2, 2020 (ECF No. 19); and

**WHEREAS** on September 16, 2020, defendant sought permission from the Court to move to dismiss the amended complaint (ECF No. 22); it is hereby

**ORDERED** that Former Defendant's motion to dismiss (ECF No. 16) is terminated as moot;

**ORDERED** that defendant's motion to dismiss is due on September 23, 2020; and it is further

**ORDERED** that plaintiff's opposition is due on October 7, 2020; and it is further

**ORDERED** that defendant's reply, if any, is due on October 14, 2020.

The Clerk of Court is respectfully requested to terminate the motions pending at ECF Nos. 16 and 22.

  **SO ORDERED.**


Dated: New York, New York
    September 21, 2020

              _____
               NAOMI REICE BUCHWALD
               UNITED STATES DISTRICT JUDGE